## McDOW v. STATE.
### No. 16237.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

See, also, 120 Tex. Cr. R. 213, 47 S.W.(2d) 824.

Earl M. Greer, of Wills Point, and Roger E. Waller, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the possession of intoxicating liquor for the purpose of sale, punishment being assessed at confinement in the penitentiary for two years.

The indictment properly charges the offense of which appellant was convicted. No statement of facts or bills of exception accompany the record. In such condition nothing is presented for review.

The judgment is affirmed.

## Clem McDOW v. STATE.
### No. 16236.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

See, also, 120 Tex. Cr. R. 213, 47 S.W.(2d) 824; 64 S.W.(2d) 789.

Earl M. Greer, of Wills Point, and Roger E. Waller, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

No error appearing, the judgment will be affirmed.

## Clem McDOW v. STATE.
### No. 16238.

Court of Criminal Appeals of Texas.
Nov. 1, 1933.

See, also, 120 Tex. Cr. R. 213, 47 S.W.(2d) 824; 64 S.W.(2d) 789.

Earl M. Greer, of Wills Point, and Roger E. Waller, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

The judgment will be affirmed.